An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JEAN ANDREWS, PH.D.,
Petitioner,
vs.
THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF DOUGLAS; AND THE HONORABLE CHARLES M. MCGEE, SENIOR JUDGE,
Respondents,
and
MICHAEL SMILEY ROWE, INDIVIDUALLY AND AS SUCCESSOR OF THE MIMS LIVING TRUST, U/D/T 10/02/02, AS AMENDED,
Real Parties in Interest.

No. 63075

**FILED**

APR 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order expunging a lis pendens.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). It is within this court's discretion to determine whether a writ petition will be considered. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioner bears the burden of demonstrating that this court's extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

13-12232

Having reviewed this petition and the supporting documents, we conclude that petitioner has not demonstrated that our intervention by way of extraordinary relief is warranted. NRAP 21(b)(1); *Smith*, 107 Nev. at 677, 818 P.2d at 851. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Chief Judge, The Ninth Judicial District Court
Hon. Charles M. McGee, Senior Judge
Law Office of Karen L. Winters
Lemons, Grundy & Eisenberg
Douglas County Clerk

---

[1]We deny as moot petitioner's motion for a stay of the district court's order.

SUPREME COURT OF NEVADA

(O) 1947A